Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
BMG MUSIC; UMG RECORDINGS, INC.;
MOTOWN RECORD COMPANY, L.P.;
ELEKTRA ENTERTAINMENT GROUP INC.;
and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APRIL TESSE,<br><br>　　　　Defendant. | Case No.: C06-3461 PVT<br><br>Honorable Patricia Trumbull<br><br>**EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1

*EX PARTE* APPLICATION
CASE NO. C06-3461 PVT
#26459 v1

1  Plaintiffs hereby request that the Court vacate the case management conference currently set
2  for November 14, 2006, at 2:00 p.m.. Defendant was served with the Complaint on June 24, 2006,
3  by substitute service. Defendant has failed to answer or otherwise respond to the Complaint.
4  However, the parties have been in communication, and have now reached a settlement in this matter.
5  The parties are in the process of finalizing the documents for this settlement, and the parties
6  anticipate that the settlement will be finalized soon. Plaintiffs therefore respectfully request that the
7  Court vacate the case management conference currently set for November 14, 2006, at 2:00 p.m.,
8  and grant the parties sixty (60) days to file their dispositional documents.

10  Dated: November 3, 2006         THOMAS M. KERR
                                    HOLME ROBERTS & OWEN LLP

13                                  By:      */s/ Thomas Kerr*
14                                       Thomas Kerr
                                         Attorney for Plaintiffs

17                                  **ORDER**
18  Good cause having been shown:
19  **IT IS ORDERED** that the Case Management currently scheduled for November 14, 2006, at
20  2:00 p.m. is continued to January 16, 2007 at 2:00 p.m.
21  Dated: November 6, 2006         By: _Patricia V. Trumbull_
                                        Honorable Patricia Trumbull
22                                      United States Magistrate Judge

2

*EX PARTE* APPLICATION
CASE NO. C06-3461 PVT
#26459 v1