Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
BMG MUSIC; UMG RECORDINGS, INC.;
MOTOWN RECORD COMPANY, L.P.;
ELEKTRA ENTERTAINMENT GROUP INC.;
and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>APRIL TESSE,<br><br>      Defendant. | Case No.: C06-3461 PVT<br><br>Honorable Patricia Trumbull<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1

Plaintiffs hereby request that the Court vacate the case management conference currently set for January 16, 2007, at 2:00 p.m. until March 20, 2007. Defendant was served with the Complaint on June 24, 2006, by substitute service. Defendant has failed to answer or otherwise respond to the Complaint. On November 3, 2006, Plaintiffs filed an *ex parte* application to vacate the case management conference, in which Plaintiffs explained that the case had settled, but that the documents were not yet finalized. Plaintiffs have still not received final settlement documents from Defendant, however Plaintiffs remain confident that this case has settled, and that dispositional documents will be available for filing soon. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 16, 2007, at 2:00 p.m. until March 20, 2007

Dated: January 8, 2007                    THOMAS M. KERR
                                          HOLME ROBERTS & OWEN LLP


                                          By:    /s/ Thomas Kerr
                                                 Thomas Kerr
                                                 Attorney for Plaintiffs


### ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for January 16, 2007, at 2:00 p.m. is hereby continued until March 20, 2007

Dated: 1/10/07                            By: /s/ Patricia V. Trumbull
                                              Honorable Patricia Trumbull
                                              United States Magistrate Judge